WENDY DAVIS TRAPANI *v.* PAUL SCARCELLA ET AL.
(AC 24465)

Lavery, C. J., and Schaller and McLachlan, Js.

Argued May 24—officially released June 8, 2004

Per Curiam. The judgment is affirmed.

MELISSA B. BONEBO *v.* MICHAEL BONEBO
(AC 24343)

Bishop, West and DiPentima, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* DOUGLAS SPENCER
(AC 24407)

Lavery, C. J., and Flynn and DiPentima, Js.

Argued June 3—officially released June 29, 2004

Per Curiam. The judgment is affirmed.